Coos, }
Dec. 3, 1912. }

### Mackey, *Adm'r,* v. Grand Trunk Railway Co.

Case, for negligence causing the death of Margaret Duggan, the plaintiff's intestate. Trial by jury at the December term, 1911, of the superior court. At the close of the plaintiff's evidence and subject to his exception, the court (*Mitchell,* J.) withdrew the case from the jury and made certain rulings to which exception was also taken.

*Matthew J. Ryan* and *Herbert I. Goss* (*Mr. Goss* orally), for the plaintiff.

*Drew, Shurtleff & Morris* and *Rich & Marble* (*Mr. Marble* and *Eri C. Oakes* orally), for the defendants.

PARSONS, C. J.   Upon the only ground of liability asserted—the defendants' fault in not avoiding the injury after discovery of the danger—the case cannot be distinguished from *Cavanaugh* v. *Railroad, ante,* 68.   In view of the suggestion of additional evidence upon the question of damages, there is now no occasion to consider the plaintiff's exception to the ruling thereon, which was not argued. The plaintiff was entitled to go to the jury.

*Exception sustained.*

All concurred.